## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL WEATHERSBEE, Derivatively on behalf of LONGFIN CORP.,<br><br>Plaintiff,<br><br>vs.<br><br>VENKAT S. MEENAVALLI, VIVEK KUMAR RATAKONDA, YOGESH PATEL, LINGA MURTHY GADDI, ANDY ALTAHAWI f/k/a AMRO IZZELDEN ALTAHAWI, GHANSHYAM DASS, DAVID NICHOLS, and JOHN PARKER,<br><br>Defendants,<br><br>and<br><br>LONGFIN CORP.,<br><br>Nominal Defendant. | Case No. 1:18-cv-10182 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Weathersbee ("Plaintiff"), by and through his undersigned counsel, voluntarily dismisses the above-captioned action, without prejudice, as to all defendants. This notice is appropriate under Rule 41(a)(1)(A)(i) as no defendant has filed an answer or a motion to dismiss Plaintiff's action.

Dated:  January 25, 2019                              Respectfully submitted,

**BRAGAR EAGEL & SQUIRE, P.C.**

*David J. Stone*
David J. Stone (DS8981)
Marion C. Passmore
Melissa A. Fortunato (MF0214)
885 Third Avenue, Suite 3040
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
Email: stone@bespc.com
            passmore@bespc.com
            fortunato@bespc.com

*Counsel for Plaintiff*

**HYNES & HERNANDEZ, LLC**
Michael J. Hynes
101 Lindenwood Drive, Suite 225
Malvern, Pennsylvania 19355
Telephone: (484) 875-3116
Facsimile: (914) 752-3041
Email: mhynes@hh-lawfirm.com

*Additional Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of January, 2019, a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE was served by CM/ECF to all parties registered to the Court's CM/ECF system.

*David J. Stone*
David J. Stone
